LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant*
*WARM SPRINGS RESERVE OWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION;<br><br>                    Plaintiff,<br><br>vs.<br><br>WARM SPRINGS RESERVE OWNERS ASSOCIATION; FERRELL STREET TRUST; ALESSI & KOENING, LLC,<br><br>                    Defendants. | CASE NO.  2:16-cv-02829-JAD-PAL<br><br>**DEFENDANT WARM SPRINGS RESERVE OWNERS ASSOCIATION'S STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [1]** |

Defendant WARM SPRINGS RESERVE OWNERS ASSOCIATION, by and through its counsel of record LIPSON NEILSON P.C., Federal National Mortgage Association ("Fannie Mae"), and Ferrell Street Trust stipulate as follows:through their counsel of record, hereby submit the following Stipulation and Order to extend Warm Springs Reserve Owners Association deadline to file its answer to the Complaint [1] by one week, through November 9, 2018.

This request is brought in good faith and not for the purpose of delay.

DATED this November 2, 2018.

**AKERMAN LLP**                                      **LIPSON NEILSON P.C.**

*/s/ Vatana Lay*                                      */s/ Julie A. Funai*
ARIEL E. STERN, ESQ.                                  J. WILLIAM EBERT, ESQ.
Nevada Bar No. 8276                                   Nevada Bar No. 2697
VATANA LAY, ESQ.                                      JULIE A. FUNAI, ESQ.
Nevada Bar No. 12993                                  Nevada Bar No. 8725
1635 Village Center Circle, Suite 200                 9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89134                               Las Vegas, NV 89144

*Attorneys for Plaintiff Federal National*   *Attorney for Warm Springs Reserve Owners*
*Mortgage Association*                        *Association*


**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Micahel F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle
Suite 480
Henderson, NV 89074

*Attorney for Ferrell Street Trust*

<u>**ORDER**</u>

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:_____November 6, 2018_____

Lipson, Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512